FILED

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-20-0224

_____

KENNETH LEE SHIPMAN,
      Plaintiff,

   Vs.

WAYNE COLLINS,
      Defendant & Third-Party Plaintiff (Appellant)

   Vs.

MARCIA BORIS, Mineral County Attorney; KRISTINE AKLAND,
Mineral County Attorney; ELLEN DONOHUE, Mineral County Attorney;
AJ ALLARD, Mineral County Sheriff Deputy; JOSEPH BETTIS, Mineral
County Sheriff Deputy; all in their official and individual capacity.
      Third-Party Defendants (Appellee)

_____

**ORDER**

_____

Upon the Appellant's unopposed motion to dismiss, and good cause showing,

the motion is granted. The appeal is dismissed with prejudice. Each party shall

bear their respective costs and attorney's fees.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2020